and reasons for this order affirming the judgment pursuant to Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Ronald TRECKER, Appellant.

No. 72323.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 31, 1998.

N. Scott Rosenblum, Gregory N. Wittner, Wittner, Poger, Rosenblum, Kessler, Spewak & Maylack, P.C., Clayton, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Ann R. Littell, Asst. Atty. Gen., Jefferson City, for Respondent.

Before ROBERT G. DOWD, Jr., P.J., and SIMON and HOFF, JJ.

## ORDER

PER CURIAM.

Ronald Trecker, Defendant, appeals from the judgment entered after a jury convicted him of unlawful use of a weapon in violation of section 571.030.1(4), RSMo Cum.Supp. 1997. The trial court sentenced him to pay a fine of $2,500.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. A written opinion would serve no jurisprudential purpose and we affirm by summary order pursuant to Rule 30.25(b). We have, however, prepared a memorandum opinion for the use of the parties only setting

forth the reasons for our decision. We affirm the judgment.